Decided March 13, 1997

STEPHANIE TOISE *v.* AUDREY ROWE, COMMIS-
SIONER OF SOCIAL SERVICES, ET AL.

DAVID DRESSLER *v.* AUDREY ROWE, COMMIS-
SIONER OF SOCIAL SERVICES, ET AL.

The plaintiffs' petition for certification for appeal
from the Appellate Court, 44 Conn. App. 143 (AC 15090/
15362), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the trial court lacked subject matter jurisdiction over these administrative appeals?"

The Supreme Court docket number is SC 15638.

*Maria Araujo Kahn*, in support of the petition..

*Nyle K. Davey*, assistant attorney general, in opposition.

Decided March 13, 1997